**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA LOEZA, AN INDIVIDUAL; AND RAFF MANCERA, AN INDIVIDUAL,
Appellants,

vs.

RESOURCE TRANSITIONS CONSULTANTS LLC, A WASHINGTON LIMITED LIABILITY COMPANY, AS GENERAL RECEIVER FOR THE BENEFICIAL OWNERS OF THE RECEIVERSHIP PROPERTY,
Respondent.

No. 68425

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### *ORDER DISMISSING APPEAL*

This is an appeal from a district court order declaring that respondent receiver has substantially complied with the notice provisions of NRS 39.270. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order declaring that a receiver has complied with the notice provisions of NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27361

39.270.    Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Maria Loeza
       Raff Mancera
       Lewis Roca Rothgerber LLP/Las Vegas
       Eighth District Court Clerk

---

[1]We deny as moot respondent's motion to dismiss this appeal.